UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SMILEDIRECTCLUB, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 6:20-cv-1115-ADA ) |
| CANDID CARE CO., | ) ) |
| Defendant. | ) ) ) ) |

**CASE READINESS STATUS REPORT**

Plaintiff SmileDirectClub, LLC ("Plaintiff") and Defendant Candid Care Co. ("Defendant") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

**FILING AND EXTENSIONS**

Plaintiff's Complaint was filed on December 8, 2020. (Dkt. No. 1.) There have been no extensions.

**RESPONSE TO THE COMPLAINT**

Defendant responded to the Complaint by filing a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 12.)

**PENDING MOTIONS**

Defendant's Motion to Dismiss is currently pending before the Court. Briefing on that Motion is ongoing.

**RELATED CASES IN THIS JUDICIAL DISTRICT**

There are no related cases pending in this Judicial District.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and a total of 6 claims.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties identified the following pre-Markman issues to raise at the CMC:

1. Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 12.)

Dated:  January 12, 2021

| | |
|---|---|
| **WARD, SMITH & HILL, PLLC** | **FOLEY & LARDNER LLP** |
| By: *s/Michael P. Sandonato* | By:  s/*Cynthia J. Rigsby* |
| Wesley Hill (Texas Bar. No. 24032294) | Paul V. Storm, TX Bar No. #19325350 |
| Andrea L. Fair (Texas Bar. No. 24078488) | Sara A. Brown, TX Bar No. #24075773 |
| **Ward, Smith & Hill, PLLC** | **Foley & Lardner LLP** |
| 1507 Bill Owens Parkway | 2021 McKinney Avenue, Suite 1600 |
| Longview, Texas 75604 | Dallas, TX 75201-3340 |
| (903) 757-6400 (main line) | Telephone: 214.999.3000 |
| (903) 757-2323 (facsimile) | Facsimile: 214.999.4667 |
| wh@wsfirm.com | E-mail: pvstorm@foley.com |
| andrea@wsfirm.com | E-mail: sabrown@foley.com |
| | |
| Of Counsel: | Of Counsel: |
| | |
| **VENABLE LLP** | Cynthia J. Rigsby (*pro hac vice*) |
| | Michelle A. Moran (*pro hac vice*) |
| Michael P. Sandonato (*pro hac vice pending*) | Sarah E. Rieger (*pro hac vice*) |
| **Venable LLP** | Kelsey C. Boehm (*pro hac vice pending)* |
| 1270 Avenue of the Americas | **Foley & Lardner LLP** |
| New York, New York 10104 | 777 East Wisconsin Avenue |
| (212) 307-5500 (telephone) | Milwaukee, WI 53202-5306 |
| (212) 307-5598 (facsimile) | Telephone:  414.271.2400 |
| msandonato@venable.com | Facsimile:  414.297.4900 |
| | E-mail: crigsby@foley.com |
| ***Attorneys for Defendant Candid Care Co.*** | E-mail: mmoran@foley.com |
| | E-mail: srieger@foley.com |
| | E-mail: kboehm@foley.com |
| | |
| | ***Attorneys for Plaintiff SmileDirectClub, LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 12, 2021.

                                                s/*Cynthia J. Rigsby*
                                                Cynthia J. Rigsby