UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SMILEDIRECTCLUB, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 6:20-cv-1115-ADA |
| CANDID CARE CO., | ) |
| Defendant. | ) |

**NOTICE OF RECENT ACTIVITY IN CO-PENDING LITIGATION**

Plaintiff SmileDirectClub, LLC ("SDC") hereby respectfully notifies the Court of recent activity in a related, co-pending litigation. Earlier today, SDC filed a Motion for Reconsideration of the District of Delaware's Order and Memorandum Opinion in *Candid Care Co. v. SmileDirectClub*, LLC, Civil Action No. 20-CV-1764 (CFC) ("the Delaware Declaratory Judgment Action"). To apprise the Court of this filing in the Delaware Declaratory Judgment Action, SDC provides this notice and attaches its Motion for Reconsideration as Exhibit A hereto.

1

Dated:  August 6, 2021

        By:  /s/ Cynthia J. Rigsby

        Paul V. Storm, TX Bar No. #19325350
        Sara A. Brown, TX Bar No. #24075773
        **Foley & Lardner LLP**
        2021 McKinney Avenue, Suite 1600
        Dallas, TX 75201-3340
        Telephone: 214.999.3000
        Facsimile: 214.999.4667
        E-mail: pvstorm@foley.com
        E-mail: sabrown@foley.com

        Of Counsel:

        Cynthia J. Rigsby (*pro hac vice*)
        Michelle A. Moran (*pro hac vice*)
        Sarah E. Rieger (*pro hac vice*)
        Kelsey C. Boehm (*pro hac vice)*
        **Foley & Lardner LLP**
        777 East Wisconsin Avenue
        Milwaukee, WI 53202-5306
        Telephone: 414.271.2400
        Facsimile: 414.297.4900
        E-mail: crigsby@foley.com
        E-mail: mmoran@foley.com
        E-mail: srieger@foley.com
        E-mail: kboehm@foley.com

        ***Attorneys for Plaintiff SmileDirectClub, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 6, 2021.

/s/ Cyntha J. Rigsby
Cynthia J. Rigsby

4847-6908-3893